IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ZAMOST, | CASE NO. 5:12-cv-05705 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CIRCUS AMERICA, INC., et. al., | |
| Defendant(s). | |

Due to the court's unavailability, the Case Management Conference scheduled for April 19, 2013, is CONTINUED to April 26, 2013, at 10:00 a.m. Personal appearance by counsel for all parties is required.

**IT IS SO ORDERED.**

Dated: April 16, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-05705 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE