IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ZAMOST, | CASE NO. 5:12-cv-05705 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| CIRCUS AMERICA, INC., et. al., | |
| Defendant(s). | |

Having reviewed the Amended Complaint filed May 15, 2013 (see Docket Item No. 22), the court finds that Plaintiff has demonstrated good cause as required. Accordingly, the Order to Show Cause issued May 2, 2013 (see Docket Item No. 20), is DISCHARGED.

As it has now been confirmed that this action will proceed before the undersigned, the court schedules this action for a substantive Case Management Conference on **June 28, 2013, at 10:00 a.m.** The parties shall file a Joint Case Management Statement which includes, inter alia, a proposed schedule with deadlines, on or before **June 21, 2013.**

**IT IS SO ORDERED.**

Dated: May 23, 2013

EDWARD J. DAVILA
United States District Judge