UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

ERIC ZAMOST,
    Plaintiff,

v.

CIRCUS AMERICA, INC., et al.,
    Defendants.
    /

No. C 12-5705 EJD

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    October 18, 2013
Mediator:    Michael Sobel

    IT IS HEREBY ORDERED that the request to excuse defendants Circus America, Inc. and Niles Garden from appearing in person at the October 18, 2013 mediation before Michael Sobel is GRANTED. Defendants shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

October 2, 2013    By:
Dated

Maria-Elena James
United States Magistrate Judge