IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ZAMOST, | CASE NO. 5:12-CV-05705-EJD |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CIRCUS AMERICA, INC., ET AL, | |
| Defendants. | |

Plaintiff having filed a Notice of Acceptance of Defendants' Settlement Offer pursuant to Federal Rule of Civil Procedure 68 (Dkt. No. 29), the parties are hereby ordered to appear before the Honorable Edward J. Davila on **January 17, 2014, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **January 10, 2014**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary, if any, to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **January 10, 2014**.

Failure to comply with any part of this Order will deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: November 15, 2013

EDWARD J. DAVILA
United States District Judge