**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ZAMOST, | CASE NO. 5:12-cv-05705 EJD |
| Plaintiff(s), | **ORDER RE: ACCEPTANCE OF OFFER OF JUDGMENT** |
| v. | |
| CIRCUS AMERICA, INC., et. al., | |
| Defendant(s). | |

Plaintiff has accepted Defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. See Docket Item No. 31.

Accordingly, Defendants shall file a proposed judgment and/or stipulated dismissal consistent with Plaintiff's acceptance on or before **January 13, 2014.** All other pending matters are TERMINATED and hearings VACATED.

**IT IS SO ORDERED.**

Dated: January 8, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-05705 EJD
ORDER RE: ACCEPTANCE OF OFFER OF JUDGMENT