IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ZAMOST, | CASE NO. 5:12-cv-05705 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE RE: SANCTIONS** |
| v. | |
| CIRCUS AMERICA, INC., et. al., | |
| Defendant(s). | |

On January 8, 2014, this court issued an Order requiring Defendants, on or before January 13, 2014, to file a stipulated dismissal or proposed judgment after Plaintiff notified the court and all parties that he accepted Defendants' offer of judgment pursuant to Federal Rule of Civil Procedure 68. See Docket Item No. 32. However, as of the time this Order to Show Cause was filed, Defendants have not complied as required nor have Defendants filed a request to extend the deadline imposed by the court. Such non-compliance constitutes a violation of the court's order.

Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on **January 17, 2014, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions, on the parties, or any of them, for willful disobedience of a court order.

The parties may request that this Order to Show Cause be vacated and the parties relieved of the obligation to appear if a stipulated dismissal or proposed judgment is filed on or before **12:00 p.m. on January 16, 2014.**

**IT IS SO ORDERED.**

Dated:  January 14, 2014

EDWARD J. DAVILA
United States District Judge

1