KEVIN K. CHOLAKIAN (S.B. #103423)
[kcholakian@cholakian.net]
DAVID L. BARCH, ESQ. (SBN: 232623)
[dbarch@cholakian.net]
**CHOLAKIAN & ASSOCIATES**
A Professional Corporation
400 Oyster Point Blvd., Ste. 415
South San Francisco, CA 94080
Telephone:  (650) 871-9544
Facsimile:    (650) 871-9552

Attorneys for Defendants
CIRCUS AMERICA, INC.,
NILES T GARDEN

*IT IS SO ORDERED*
*Judge Edward J. Davila*
1/15/2014

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

(Unlimited Jurisdiction)

| | |
|---|---|
| ERIC ZAMOST<br><br>Plaintiff<br><br>vs.<br><br>CIRCUS AMERICA, INC., PICCADILLY CIRCUS; NILES T GARDEN; JOHN WHITFIELD; JAVIER RAMON MARTINEZ; JOHN PELTON and DOES 1-10,<br><br>Defendants | Case No.: 5:12-cv-05705EJD<br><br>**STIPULATION OF DISMISSAL**<br><br>[Pursuant to F.R.C.P. 41(a)(1) and F.R.C.P. 68 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41, subd. (a)(1) and Federal Rules of Civil Procedure, rule 68.   The Clerk shall close this file.

///

///

---

160 004
STIPULATION OF DISMISSAL
- 1 -
5:12-CV-05705EJD

| | |
|---|---|
| DATED: January 14, 2014 | Law Offices of Kathleen E. Wells |
| | By: /s/ Kathleen E. Wells |
| | Kathleen E. Wells |
| | Attorney for Plaintiff |
| | Eric Zamosk |
| DATED: January 14, 2014 | CHOLAKIAN & ASSOCIATES |
| | A Professional Corporation |
| | By: /s/ Kevin K. Cholakian |
| | Kevin K. Cholakian |
| | David L. Barch |
| | Attorneys for Defendants |
| | CIRCUS AMERICA, INC., |
| | NILES T GARDEN |

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

160 004
STIPULATION OF DISMISSAL

- 2 -

5:12-CV-05705EJD